

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
JULY 22, 2025 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00130
    18 U.S.C. § 2250(a)

JAMES ROBERT MCKINNEY

**I N D I C T M E N T**

The Grand Jury Charges:

From on or about April 3, 2025, through on or about April 22, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JAMES ROBERT MCKINNEY, a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney